# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**SHERRI KING**,                        ) Case No. 1:09-CV-01877-OWW-SMS
                                        )
Plaintiff,                              )
                                        )  **ORDER**
        vs.                             )
                                        )
**TAKHAR COLLECTION**                   )
**SERVICES, LTD.,**                     )
                                        )
Defendant.                              )
_____

    IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the Initial Status Conference hearing on March 4, 2010, is hereby granted.

                        Dated this 26th day of February, 2010

                        /s/ OLIVER WANGER
                        The Honorable Oliver W. Wanger