UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI KING, | 1:09-cv-1877 OWW SMS |
| Plaintiff, | ORDER AFTER SCHEDULING CONFERENCE; ORDER TO SHOW CAUSE |
| v. | |
| TAKHAR COLLECTION SERVICES, LTD., | Hearing Date:  4/26/10 10:00 Ctrm. 3 |
| Defendant. | |

I.   Date of Scheduling Conference.

   March 4, 2010.

II.  Appearances Of Counsel.

   Todd M. Friedman, Esq., appeared on behalf of Plaintiff.

   There was no appearance for the Defendant.

   It is noted that the Defendant has previously filed a "letter response" by its operations manager, Blair Wettlaufer. Plaintiff has pending a motion to strike Defendant's response to the complaint set for hearing April 26, 2010 at 10:00 a.m. Defendant has not appeared.  Defendant has not responded to the responsibility it has under the Federal Rules of Civil Procedure and Eastern District Local Rules.  Accordingly,

1

1    IT IS ORDERED that Defendant Takhar Collection Services, Ltd., shall show cause, if any it has, why its default should not be entered and opportunity to further defend the case foreclosed on April 26, 2010 at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

IT IS SO ORDERED.

Dated:   **March 4, 2010**                          /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE